IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02532-RM-KLM

CARMEN GARCIA,

    Plaintiff,

v.

CHROMATIC TECHNOLOGIES, INC.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#27]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#27-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 1, 2016