IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02532-RM-KLM

CARMEN GARCIA,

    PLAINTIFF,

v.

CHROMATIC TECHNOLOGIES, INC.

    DEFENDANT.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| ELLIS KELLY, LLC | SPARKS WILLSON BORGES BRANDT & JOHNSON, P.C. |
|---|---|
| s/Rachel E. Ellis | s/Jessica Kyle Danehy |
| Rachel E. Ellis, #40447 | Paul W. Hurcomb, #32459 |
| Megan E. Kelly, #40263 | Jessica Kyle Danehy, #29293 |
| 1725 High Street, Suite 3 | 24 South Weber Street, Suite 400 |
| Denver, CO 80218 | Colorado Springs, CO 80903 |

| | |
|---|---|
| (720) 465-6972<br>rachel@elliskelly.com<br>megan@elliskelly.com | Phone: (719) 634-5700<br>Fax: (719) 633-8477<br>pwh@sparkwillson.com<br>jkd@sparkswillson.com |
| *Attorneys for Plaintiff Carmen Garcia* | *Attorneys for Defendant Chromatic Technologies, Inc.* |

**SO ORDERED**

Dated: April 18, 2016

_____
Hon. Kristen L. Mix
United States Magistrate Judge